**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-03154-LTB-KLM

DAWN Y. DRISKILL,

       Plaintiff,

v.

WILLIAM ORCHARDS, LLC,

       Defendant.

_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    Defendant's Unopposed Motion to Amend Answer to Complaint and Jury Demand (Doc 19 - filed September 9, 2011) is GRANTED.

Dated:   September 7, 2011
_____