**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-03154-LTB-KLM

DAWN Y. DRISKILL,

       Plaintiff,

v.

WILLIAMS ORCHARDS, LLC,

       Defendant.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 23 - filed November 28, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

         s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:   November 29, 2011